UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

**CORNELL UNIVERSITY, a nonprofit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a nonprofit New York corporation,**

                **Plaintiffs,**

                **-v-**                                    01-CV-1974

**HEWLETT-PACKARD COMPANY, a Delaware corporation,**

                **Defendant.**

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

**HEWLETT-PACKARD COMPANY, a Delaware corporation,**

                **Counterclaimant,**

                **-v-**

**CORNELL UNIVERSITY, a nonprofit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a nonprofit New York corporation,**

                **Counterdefendants.**

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

APPEARANCES:

Sidley Austin Brown & Wood
Edward G. Poplawski, Esq.
Bryan K. Anderson, Esq.
Denise L. Mckenzie, Esq.
Sandra S. Fujiyama, Esq.
555 W. Fifth Street, 40th Floor
Los Angeles, California 90013
and

Cornell University Office of Counsel
James J. Mingle, Esq.
Nelson Roth, Esq.
Valerie Cross, Esq.
300 CPM Building, Garden Avenue
Ithaca, New York 14853
Attorneys for Plaintiffs/Counterdefendants

DLA Piper, Rudnick, Gray Cary US LLP
John Allcock, Esq.
Sean C. Cunningham, Esq.
Stewart M. Brown, Esq.
Arthur A. Wellman, Esq.
Erin P. Gibson, Esq.
401 B Street, Suite 1700
San Diego, California 92101-4297
and
Harter, Secrest & Emery LP
Jerauld E. Brydges, Esq.
1600 Bausch and Lomb Plaza
Rochester, New York 14604-2711
and
Fish, Richardson Law Firm
Barry K. Shelton, Esq.
John E. Guist, Esq.
111 Congress Avenue, Suite 810
Austin Texas 78701
Attorneys for Defendant/Counterclaimant

**Hon. Norman A. Mordue, Chief U.S. District Judge:**

**MEMORANDUM-DECISION AND ORDER**

On July 14, 2006, defendant moved (Dkt. No. 653) for bifurcation of the trial in this patent infringement action and an expedited bench trial on the issue of unenforceability of the subject patent, based on defendant's defense of inequitable conduct. The motion was referred to United States Magistrate Judge David E. Peebles for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.3(c).

On August 15, 2006, Magistrate Judge Peebles issued a Report and Recommendation

-2-

(Dkt. No. 672) recommending that the motion be denied. Defendant has filed objections (Dkt. No. 677) to the Report and Recommendation; plaintiffs have responded (Dkt. No. 682).

Upon *de novo* review of the motion papers, the Report and Recommendation, defendant's objections, and plaintiffs' response, *see* 28 U.S.C. § 636(b)(1)(C), the Court accepts and adopts the Report and Recommendation in its entirety.

It is therefore

ORDERED that the Report and Recommendation (Dkt. No. 672) is accepted and adopted in its entirety; and it is further

ORDERED that defendant's motion (Dkt. No. 653) for bifurcation of the trial and an expedited bench trial on the issue of unenforceability of the subject patent, based on defendant's defense of inequitable conduct, is denied.

IT IS SO ORDERED.

September 25, 2006
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge