UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELL UNIVERSITY, a non-profit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a non-profit New York corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>*Defendant*.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>*Counterclaimant*,<br><br>v.<br><br>CORNELL UNIVERSITY, a non-profit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a non-profit New York corporation,<br><br>*Counterdefendants*. | **DECLARATION OF ERIN P. PENNING IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION *IN LIMINE* TO EXCLUDE OPINIONS OR TESTIMONY FROM CORNELL EXPERT MARION STEWART BASED UPON ROYALTYSOURCE ABSTRACTS**<br><br>[Motion *in Limine* No. 5 of 5]<br><br>Civil Action No.:<br>01-CV-1974-NAM-DEP<br><br>Judge:   Hon. Randall R. Rader<br>Trial:    May 19, 2008 |

01-CV-1974-NAM-DEP

I, Erin P. Penning, declare as follows:

1. I am an associate at DLA Piper US LLP, counsel of record for Hewlett-Packard Company ("HP") in this case.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of selected abstracts from the RoyaltySource Intellectual Property Database relied upon by Cornell expert Marion Stewart.

3. Attached as Exhibit 2 is a true and correct copy of selected pages from the September 20, 2006 deposition of Marion Stewart, which is designated Confidential – Level 1 under the terms of the Protective Order.

4. Attached as Exhibit 3 is a true and correct copy of selected pages from the June 22, 2006 Expert Report of Marion Stewart, which is designated Confidential – Level 1 under the terms of the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 25th day of April, 2008, at San Diego, California.

/s/ Erin P. Penning
Erin P. Penning

**Certificate of Service**

  I hereby certify that on  4/25/08  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:  See attached list

and that I mailed by United States Postal Service the document to the following non CM/ECF participants:                                                                                                    .


S/ Erin P. Penning

**5:01-cv-1974 Notice will be electronically mailed to:**

John Allcock    john.allcock@dlapiper.com, lisa.watts@dlapiper.com

Bryan K. Anderson    banderson@sidley.com, grodriguez@sidley.com

Stewart M. Brown    Stewart.Brown@dlapiper.com,

Jerauld E. Brydges    jbrydges@hselaw.com, jdygert@hselaw.com

Sean C. Cunningham    sean.cunningham@dlapiper.com, sally.jones@dlapiper.com

Valerie L. Dorn    kab264@cornell.edu, kjf29@cornell.edu, ner3@cornell.edu,

nws3@cornell.edu, vlc1@cornell.edu, wet2@cornell.edu

Sandra S. Fujiyama    sfujiyama@sidley.com, etorres@sidley.com

Olivia M. Kim    okim@sidley.com, mgutie01@sidley.com

Erin P. Penning    erin.penning@dlapiper.com, judith.frank@dlapiper.com

Denise L. McKenzie    dmckenzie@sidley.com, aweiss@sidley.com

James J. Mingle    jjml9@cornell.edu, ner3@cornell.edu; rkl9@cornell.edu; sdm6@cornell.edu

David T. Miyamoto    dmiyamoto@sidley.com, hyanagimachi@sidley.com

Edward G. Poplawski    epoplawski@sidley.com, labrown@sidley.com

Nelson E. Roth    kab264@cornell.edu, ner3@cornell.edu, nws3@cornell.edu,

vlc1@cornell.edu, wet2@cornell.edu

Barry K. Shelton    shelton@fr.com, tipton@fr.com; pickett@fr.com; marlow@fr.com

Licia E. Vaughn    licia.vaughn@dlapiper.com,

Arthur A. Wellman    arthur.wellman@dlapiper.com

**5:01-cv-1974 Notice will be delivered by other means to:**