UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELL UNIVERSITY, a non-profit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a non-profit New York corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>*Defendant*. | **HEWLETT-PACKARD'S PROPOSED REVISIONS TO CORNELL'S PROPOSED CLAIM CONSTRUCTIONS FOR THE JURY**<br><br>Civil Action No.:<br>01-CV-1974-NAM-DEP |
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>*Counterclaimant*,<br><br>v.<br><br>CORNELL UNIVERSITY, a non-profit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a non-profit New York corporation,<br><br>*Counterdefendants*. | Judge:   Hon. Randall R. Rader<br>Trial:    May 19, 2008 |

Defendant Hewlett-Packard Co. ("HP") submits the following proposed claim construction chart to be provided to the jury. For the Court's convenience, a redline comparing Cornell's and HP's proposed charts is attached as Exhibit A.

1

**Claim Constructions**

**Claim 1:**

| Term | Court's Definition |
|---|---|
| "**Concurrencies**" | A plurality of instructions that are ready to be issued because they are dependency free. |
| "**Dispatch stack**" | An enriched instruction buffer (or DS) including:<br>(i) A cell for each instruction, each cell having at least the following resultant fields:<br>    (1) an operation field (e.g. OP) of the instruction;<br>    (2) a field for each source register (one or more – e.g. S1) specified by the instruction;<br>    (3) an essential dependency field (i.e. $\alpha(S_i)$, e.g. $\alpha(S1)$) corresponding to each source register specified by the instruction;<br>    (4) a field for each destination register (one or more – e.g. D) specified by the instruction; and<br>(ii) Logic that:<br>    (1) decrements a value >0 in the essential dependency field;<br>    (2) determines when the value corresponding to $\alpha(S_i)$ is zero; and<br>    (3) obtains an initial value for $\alpha(S_i)$. |
| "**α**" | α is the number of times that a register is used as a destination register in preceding, uncompleted instructions. |
| "**α(S1)**" | α(S1) is the number of times that an instruction's S1 register is used as a destination register in preceding, uncompleted instructions. |
| "**Source register**" | A register storing an instruction operand. |
| "**Destination register**" | A register storing an instruction result. |
| "**Decrement**" | Subtract from the value by the specified amount. |
| "**Register**" | A data storage element within the processor. |
| "**Operand**" | A value supplied for an operation performed by a functional unit. |
| "**Result**" | A value produced by an operation performed by a functional unit. |
| "**Execution unit**" | A device containing multiple functional units for executing arithmetic/logic instructions. |
| "**Functional unit(s)**" | Performs arithmetic/logic operations on various data types. |

2

| Term | Court's Definition |
|---|---|
| "**Instruction**" | An expression that specifies one or more operations and identifies the applicable operands. |
| "**Instruction issuing system**" | A system comprising an instruction issuing unit. |
| "**Memory**" | Data storage elements outside the processor for storage of instructions and data. |
| "**Non-sequential instructions**" | Instructions ordered differently than the order in which they appeared in the instruction stream. |
| "**Processor**" | A device that interprets and executes instructions. |
| "**Single processor cycle**" | The shortest amount of time in which a functional unit can complete an operation. |

**Means Plus Function Phrases:**

| | |
|---|---|
| "**Means for detecting the existence of concurrencies in said instructions received from said memory**" | The function is "determining the existence of a plurality of instructions that are ready to be issued at the same time because they are data dependency free."<br><br>The structure corresponding to this function is the "dispatch stack" as defined above for Claim 1. |
| "**Means for issuing multiple instructions and non-sequential instructions to said execution unit within a single processor cycle when a concurrency is detected by said means for detecting the existence of concurrencies in said instructions**" | The function is "issuing multiple and non-sequential (i.e., out-of-order) instructions within a single processor cycle that have become dependency free."<br><br>The structure corresponding to this function is a "reservation circuit."<br><br>A "reservation circuit" is a common component used with processors and has conventional arbitration logic (i.e., circuitry). |

**Claim 2:**

| Term | Court's Definition |
| --- | --- |
| "**Arithmetic/logic operation**" | Instructions are sent to their respective functional units along with their respective operands for execution. |
| "**Concurrencies**" | A plurality of instructions that are ready to be issued because they are dependency free. |
| "**Dispatch stack**" | An enriched instruction buffer (or DS) including:<br>(i) A cell for each instruction, each cell having at least the following resultant fields:<br>　(1) an operation field (*e.g.* OP) of the instruction;<br>　(2) a field for each of two source registers (*e.g.* S1 and S2) specified by the instruction;<br>　(3) two essential dependency fields (*i.e.* α (S1) and α (S2)) corresponding to the two source registers (*e.g.* S1 and S2) specified by the instruction;<br>　(4) a field for each destination register (one or more – *e.g.* D) specified by the instruction; and<br>(ii) Logic that:<br>　(1) decrements a value >0 in each essential dependency field;<br>　(2) determines when the values corresponding to α (S1) and α (S2) are zero; and<br>　(3) obtains initial values for α (S1) and α (S2). |
| "**α**" | α is the number of times that a register is used as a destination register in preceding, uncompleted instructions. |
| "**α(S1)**" | α(S1) is the number of times that an instruction's S1 register is used as a destination register in preceding, uncompleted instructions. |
| "**α(S2)**" | α(S2) is the number of times that an instruction's S2 register is used as a destination register in preceding, uncompleted instructions. |
| "**Source register**" | A register storing an instruction operand. |
| "**Destination register**" | A register storing an instruction result. |
| "**Decrement**" | Subtract from the value by the specified amount. |
| "**Instruction issuing system**" | A system comprising an instruction issuing unit. |

| Term | Court's Definition |
|---|---|
| "**Memory**" | Data storage elements outside the processor for storage of instructions and data. |
| "**Operand**" | A value supplied for an operation performed by a functional unit. |
| "**Register**" | A data storage element within the processor. |
| "**Result**" | A value produced by an operation performed by a functional unit. |

**Claim 6:**

| Term | Court's Definition |
|---|---|
| "**Arithmetic/logic operation**" | Instructions are sent to their respective functional units along with their respective operands for execution. |
| "**Concurrencies**" | A plurality of instructions that are ready to be issued because they are dependency free. |
| "**Dispatch stack**" | An enriched instruction buffer (or DS) including:<br>(i) A cell for each instruction, each cell having at least the following resultant fields:<br>   (1) an operation field (*e.g.* OP) of the instruction;<br>   (2) a field for each of two source registers (*e.g.* S1 and S2) specified by the instruction;<br>   (3) two essential dependency fields (*i.e.* α (S1) and α (S2)) corresponding to the two source registers (*e.g.* S1 and S2) specified by the instruction;<br>   (4) a field for each destination register (one or more - *e.g.* D) specified by the instruction; and<br>(ii) Logic that:<br>   (1) decrements a value >0 in each essential dependency field;<br>   (2) determines when the values corresponding to α (S1) and α (S2) are zero; and<br>   (3) obtains initial values for α (S1) and α (S2). |
| "**α(S1)**" | α(S1) is the number of times that an instruction's S1 register is used as a destination register in preceding, uncompleted instructions. |
| "**α(S2)**" | α(S2) is the number of times that an instruction's S2 register is used as a destination register in preceding, uncompleted instructions. |
| "**Source register**" | A register storing an instruction operand. |
| "**Destination register**" | A register storing an instruction result. |
| "**Decrement**" | Subtract from the value by the specified amount. |
| "**Detecting the existence of concurrencies in instructions stored in said dispatch stack**" | Determining the existence of a plurality of dependency free instructions stored in the dispatch stack. |
| "**Functional unit(s)**" | Performs arithmetic/logic operations on various data types. |
| "**Instruction**" | An expression that has a specific format (*i.e.*, OP, S1, S2, D). |

| Term | Court's Definition |
|---|---|
| "**Issuing multiple instructions and non-sequential instructions within a given processor cycle when the existence of concurrencies is detected**" | Issuing multiple and non-sequential instructions when the dispatch stack has detected a plurality of concurrently executable (*i.e.* data dependency free) instructions. |
| "**Issuing instructions**" | Instructions are sent to their respective functional units along with their respective operands for execution. |
| "**Non-sequential instructions**" | Instructions ordered differently than the order in which they appeared in the instruction stream. |
| "**Operand**" | A value supplied for an operation performed by a functional unit. |
| "**Processor**" | A device that interprets and executes instructions. |
| "**Register**" | A data storage element within the processor. |
| "**Result**" | A value produced by an operation performed by a functional unit. |

**Claim 14:**

| Term | Court's Definition |
|---|---|
| "**A plurality of instructions which are concurrently executable**" | A plurality of instructions that are ready to be issued because they are dependency free. |
| "**Dispatch stack**" | An enriched instruction buffer (or DS) including:<br>(i) A cell for each instruction, each cell having at least the following resultant fields:<br>    (1) an operation field (*e.g.* OP) of the instruction;<br>    (2) a field for each source register (one or more – *e.g.* S1) specified by the instruction;<br>    (3) an essential dependency field (*i.e.* α (Si), *e.g.* α (S1)) corresponding to each source register specified by the instruction;<br>    (4) a field for each destination register (one or more – *e.g.* D) specified by the instruction; and<br>(ii) Logic that:<br>    (1) decrements a value >0 in the essential dependency field;<br>    (2) determines when the value corresponding to α (Si) is zero; and<br>    (3) obtains an initial value for α (Si). |
| "**α**" | α is the number of times that a register is used as a destination register in preceding, uncompleted instructions. |
| "**α(S1)**" | α(S1) is the number of times that an instruction's S1 register is used as a destination register in preceding, uncompleted instructions. |
| "**Source register**" | A register storing an instruction operand. |
| "**Destination register**" | A register storing an instruction result. |
| "**Decrement**" | Subtract from the value by the specified amount. |
| "**Register**" | A data storage element within the processor. |
| "**Operand**" | A value supplied for an operation performed by a functional unit. |
| "**Result**" | A value produced by an operation performed by a functional unit. |
| "**Execution unit**" | A device containing multiple functional units for executing arithmetic/logic instructions. |
| "**Functional units**" | Performs arithmetic/logic operations on various data types. |

| Term | Court's Definition |
|---|---|
| "**Instruction**" | An expression that specifies one or more operations and identifies the applicable operands. |
| "**Instruction issuing system**" | A system comprising an instruction issuing unit. |
| "**Memory**" | Data storage elements outside the processor for storage of instructions and data. |
| "**Non-sequential instructions**" | Instructions ordered differently than the order in which they appeared in the instruction stream. |
| "**Processor**" | A device that interprets and executes instructions. |
| "**Single processor cycle**" | The shortest amount of time in which a functional unit can complete an operation. |

**Means Plus Function Phrases:**

| | |
|---|---|
| "**Means for detecting the existence of concurrencies in said instructions received from said memory**" | The function is "determining the existence of a plurality of instructions that are ready to be issued at the same time because they are data dependency free."<br><br>The structure corresponding to this function is the "dispatch stack" as defined above for Claim 14. |
| "**Means for issuing multiple instructions and non-sequential instructions to said execution unit within a single processor cycle when concurrently executable instructions are detected by said means for detecting the existence of concurrently executable instructions in said instructions**" | The function is "issuing multiple and non-sequential (i.e., out-of-order) instructions within a single processor cycle that have become dependency free."<br><br>The structure corresponding to this function is a "reservation circuit."<br><br>A "reservation circuit" is a common component used with processors and has conventional arbitration logic (i.e., circuitry). |

**Claim 15:**

| Term | Court's Definition |
|---|---|
| "A plurality of instructions which are concurrently executable" | A plurality of instructions that are ready to be issued because they are dependency free. |
| "Dispatch stack" | An enriched instruction buffer (or DS) including:<br>(i) A cell for each instruction, each cell having at least the following resultant fields:<br>   (1) an operation field (*e.g.* OP) of the instruction;<br>   (2) a field for each source register (one or more – *e.g.* S1) specified by the instruction;<br>   (3) an essential dependency field (*i.e.* α (Si), *e.g.* α (S1)) corresponding to each source register specified by the instruction;<br>   (4) a field for each destination register (one or more – *e.g.* D) specified by the instruction; and<br>(ii) Logic that:<br>   (1) decrements a value >0 in the essential dependency field;<br>   (2) determines when the value corresponding to α (Si) is zero; and<br>   (3) obtains an initial value for α (Si). |
| "α" | α is the number of times that a register is used as a destination register in preceding, uncompleted instructions. |
| "α(S1)" | α(S1) is the number of times that an instruction's S1 register is used as a destination register in preceding, uncompleted instructions. |
| "Source register" | A register storing an instruction operand. |
| "Destination register" | A register storing an instruction result. |
| "Decrement" | Subtract from the value by the specified amount. |
| "Register" | A data storage element within the processor. |
| "Operand" | A value supplied for an operation performed by a functional unit. |
| "Result" | A value produced by an operation performed by a functional unit. |

| Term | Court's Definition |
|---|---|
| "**Detecting the existence of a plurality of instructions which are concurrently executable from those instructions stored in said dispatch stack**" | Determining the existence of a plurality of dependency free instructions stored in the dispatch stack. |
| "**Execution unit**" | A device containing multiple functional units for executing arithmetic/logic instructions. |
| "**Functional unit(s)**" | Performs arithmetic/logic operations on various data types. |
| "**Instruction**" | An expression that specifies one or more operations and identifies the applicable operands. |
| "**Issuing instructions**" | Instructions are sent to their respective functional units along with their respective operands for execution. |
| "**Issuing multiple instructions and non-sequential instructions within a given processor cycle when said plurality of concurrently executable instructions are detected**" | Issuing multiple and non-sequential instructions when the dispatch stack has detected a plurality of concurrently executable (*i.e.* data dependency free) instructions. |
| "**Non-sequential instructions**" | Instructions ordered differently than the order in which they appeared in the instruction stream. |
| "**Processor**" | A device that interprets and executes instructions. |

**Claim 18:**

| Term | Court's Definition |
|---|---|
| "**Destination register**" | A register storing an instruction result. |
| "**Register**" | A data storage element within the processor. |
| "**Source register**" | A register storing an instruction operand. |

Authority:

March 26, 2004 Memorandum-Decision and Order.

| | |
|---|---|
| Dated: May 9, 2008 | Respectfully Submitted, |
| | _____/s/\_Erin Penning_____ |
| | John Allcock (Bar Roll No. 502997) |
| | Sean Cunningham (Bar Roll No. 513394) |
| | Arthur A. Wellman, Jr. (Bar Roll No. 513520) |
| | Erin Penning (Bar Roll No. 513579) |
| | **DLA PIPER US LLP** |
| | 401 B Street, Suite 1700 |
| | San Diego, CA 92101-4297 |
| | Tel: 619.699.2700 Fax: 619.699.2701 |
| | E-mail: john.allcock@dlapiper.com |
| | |
| | Barry K. Shelton (Bar Roll No. 503040) |
| | **FISH & RICHARDSON P.C.** |
| | 111 Congress Avenue, Suite 810 |
| | Austin, Texas 78701 |
| | Tel: 512.226.8105 Fax: 512.320.8935 |
| | Email: shelton@fr.com |
| | |
| | James C. Moore (Bar Roll No. 102219) |
| | Jerauld E. Brydges (Bar Roll No. 511646) |
| | **HARTER, SECREST & EMERY LP** |
| | 1600 Bausch & Lomb Place |
| | Rochester, NY 14604-2711 |
| | Tel: 585.232.6500 Fax: 585.232.2152 |
| | E-mail: jbrydges@hselaw.com |
| | |
| | Attorneys for Defendant/Counterclaimant |
| | Hewlett-Packard Company |

**Certificate of Service**

I hereby certify that on  05/09/08    , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:
See attached list

and that I mailed by United States Postal Service the document to the following non CM/ECF participants:                                                                                                   .


S/ Erin P. Penning

WEST\21349926.1

**5:01-cv-1974 Notice will be electronically mailed to:**

John Allcock    john.allcock@dlapiper.com, lisa.watts@dlapiper.com

Bryan K. Anderson    banderson@sidley.com, grodriguez@sidley.com

Christopher P. Broderick    cbroderick@sidley.com

Stewart M. Brown    Stewart.Brown@dlapiper.com,

Jerauld E. Brydges    jbrydges@hselaw.com, jdygert@hselaw.com

Sean C. Cunningham    sean.cunningham@dlapiper.com, sally.jones@dlapiper.com

Valerie L. Dorn    kab264@cornell.edu, kjf29@cornell.edu, ner3@cornell.edu,

nws3@cornell.edu, vlc1@cornell.edu, wet2@cornell.edu

Sandra S. Fujiyama    sfujiyama@sidley.com, etorres@sidley.com

Olivia M. Kim    okim@sidley.com, mgutie01@sidley.com

Erin P. Penning    erin.penning@dlapiper.com, judith.frank@dlapiper.com

Denise L. McKenzie    dmckenzie@sidley.com, aweiss@sidley.com

James J. Mingle    jjml9@cornell.edu, ner3@cornell.edu; rkl9@cornell.edu; sdm6@cornell.edu

David T. Miyamoto    dmiyamoto@sidley.com, hyanagimachi@sidley.com

Edward G. Poplawski    epoplawski@sidley.com, labrown@sidley.com

Nelson E. Roth    kab264@cornell.edu, ner3@cornell.edu, nws3@cornell.edu,

vlc1@cornell.edu, wet2@cornell.edu

Barry K. Shelton    shelton@fr.com, tipton@fr.com; pickett@fr.com; marlow@fr.com

Licia E. Vaughn    licia.vaughn@dlapiper.com,

Arthur A. Wellman    arthur.wellman@dlapiper.com

**5:01-cv-1974 Notice will be delivered by other means to:**

WEST\21349926.1