~~Edward G. Poplawski~~

~~Bryan K. Anderson~~
~~Denise L. McKenzie~~
~~Sandra S. Fujiyama~~
~~Olivia M. Kim~~
~~SIDLEY AUSTIN LLP~~
~~555 West Fifth Street~~
~~Los Angeles, CA 90013-1010~~
~~Telephone: (213) 896-6601~~
~~Facsimile: (213) 896-6600~~

~~Attorneys for Plaintiffs/Counterdefendants~~
~~Cornell University and Cornell Research~~
~~Foundation, Inc.~~UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELL UNIVERSITY, a non-profit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a non-profit New York corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>*Defendant*. | ~~Civil Action No.: 01-CV-1974-NAM-DEP~~<br><br><br>**~~PLAINTIFFS'~~HEWLETT-PACKARD'S PROPOSED REVISIONS TO CORNELL'S PROPOSED CLAIM CONSTRUCTIONS FOR THE JURY**<br><br>**Civil Action No.:<br>01-CV-1974-NAM-DEP** |
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>*Counterclaimant*,<br><br>v.<br><br>CORNELL UNIVERSITY, a non-profit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a non-profit New York corporation,<br><br>*Counterdefendants*. | ~~JUDGE~~**Judge**:    Hon. Randall R. Rader<br>~~TRIAL~~**Trial**:    May 19, 2008 |

| **Defendant Hewlett-Packard Co. ("HP") submits the following proposed claim construction chart to be provided to the jury. For the Court's convenience, a redline comparing Cornell's and HP's proposed charts is attached as Exhibit A.**

**Claim Constructions**

**Claim 1:**

| Term | Court's Definition |
|---|---|
| "Concurrencies" | A plurality of instructions that are ready to be issued because they are dependency free. |
| "Dispatch stack" | An enriched instruction buffer (or DS) including:<br>(i)  A cell for each instruction, each cell having at least the following resultant fields:<br>　　(1) an operation field (e.g. OP) of the instruction;<br>　　(2) a field for each source register (one or more – e.g. S1) specified by the instruction;<br>　　(3) an essential dependency field (i.e. α (Si), e.g. α (S1)) corresponding to each source register specified by the instruction;<br>　　(4) a field for each destination register (one or more – e.g. D) specified by the instruction; and<br>(ii) Logic that:<br>　　(1) decrements a value >0 in the essential dependency field;<br>　　(2) determines when the value corresponding to α (Si) is zero; and<br>　　(3) obtains an initial value for α (Si). |
| "α" | α is the number of times that a register is used as a destination register in preceding, uncompleted instructions. |
| "α(S1)" | α(S1) is the number of times that an instruction's S1 register is used as a destination register in preceding, uncompleted instructions. |
| "Source register" | A register storing an instruction operand. |
| "Destination register" | A register storing an instruction result. |
| "Decrement" | Subtract from the value by the specified amount. |
| "Register" | A data storage element within the processor. |
| "Operand" | A value supplied for an operation performed by a functional unit. |
| "Result" | A value produced by an operation performed by a functional unit. |
| "Execution unit" | A device containing multiple functional units for executing arithmetic/logic instructions. |

| Term | Court's Definition |
|---|---|
| "**Functional unit(s)**" | Performs arithmetic/logic operations on various data types. |
| "**Instruction**" | An expression that specifies one or more operations and identifies the applicable operands. |
| "**Instruction issuing system**" | A system comprising an instruction issuing unit. |
| "**Memory**" | Data storage elements outside the processor for storage of instructions and data. |
| "**Non-sequential instructions**" | Instructions ordered differently than the order in which they appeared in the instruction stream. |
| "**Processor**" | A device that interprets and executes instructions. |
| "**Single processor cycle**" | The shortest amount of time in which a functional unit can complete an operation. |

# ~~Claim 1 (Continued):~~

**Means Plus Function Phrases:**

| "**Means for detecting the existence of concurrencies in said instructions received from said memory**" | The function is "determining the existence of a plurality of instructions that are ready to be issued at the same time because they are data dependency free."<br><br>The structure corresponding to this function is the "dispatch stack" as defined above for Claim 1.<br><br>~~Further, the Court has determined that the PCM is not a necessary structure corresponding to the detecting function~~ |
|---|---|
| "**Means for issuing multiple instructions and non-sequential instructions to said execution unit within a single processor cycle when a concurrency is detected by said means for detecting the existence of concurrencies in said instructions**" | The function is "issuing multiple and non-sequential (i.e., out-of-order) instructions within a single processor cycle that have become dependency free."<br><br>The structure corresponding to this function is a "reservation circuit."<br><br>A "reservation circuit" is a common component used with processors and has conventional arbitration logic (i.e., circuitry). |

**Claim 2:**

| Term | Court's Definition |
|---|---|
| "**Arithmetic/logic operation**" | Instructions are sent to their respective functional units along with their respective operands for execution. |
| "**Concurrencies**" | A plurality of instructions that are ready to be issued because they are dependency free. |
| "**Dispatch stack**" | An enriched instruction buffer (or DS) including:<br>(i)  A cell for each instruction, each cell having at least the following resultant fields:<br>    (1)  an operation field (*e.g.* OP) of the instruction;<br>    (2)  a field for each of two source registers (*e.g.* S1 and S2) specified by the instruction;<br>    (3)  two essential dependency fields (*i.e.* α (S1) and α (S2)) corresponding to the two source registers (*e.g.* S1 and S2) specified by the instruction;<br>    (4)  a field for each destination register (one or more *e.g.* D) specified by the instruction; and<br>(ii)    Logic that:<br>    (1)  decrements a value >0 in ~~the~~**each** essential dependency field;<br>    (2)  determines when the values corresponding to α (S1) and α (S2) are zero; and<br>    (3)  obtains initial values for α (S1) and α (S2). |
| "**α**" | α is the number of times that a register is used as a destination register in preceding, uncompleted instructions. |
| "**α(S1)**" | α(S1) is the number of times that an instruction's S1 register is used as a destination register in preceding, uncompleted instructions. |
| "**α(S2)**" | α(S2) is the number of times that an instruction's S2 register is used as a destination register in preceding, uncompleted instructions. |
| "**Source register**" | A register storing an instruction operand. |
| "**Destination register**" | A register storing an instruction result. |
| "**Decrement**" | Subtract from the value by the specified amount. |

| Term | Court's Definition |
|---|---|
| "**Instruction issuing system**" | A system comprising an instruction issuing unit. |
| "**Memory**" | Data storage elements outside the processor for storage of instructions and data. |
| "**Operand**" | A value supplied for an operation performed by a functional unit. |
| "**Register**" | A data storage element within the processor. |
| "**Result**" | A value produced by an operation performed by a functional unit. |

Claim 6:

| Term | Court's Definition |
|---|---|
| "**Arithmetic/logic operation**" | Instructions are sent to their respective functional units along with their respective operands for execution. |
| "**Concurrencies**" | A plurality of instructions that are ready to be issued because they are dependency free. |
| "**Dispatch stack**" | An enriched instruction buffer (or DS) including:<br>(i)  A cell for each instruction, each cell having at least the following resultant fields:<br>    (1)  an operation field (*e.g.* OP) of the instruction;<br>    (2)  a field for each of two source registers (*e.g.* S1 and S2) specified by the instruction;<br>    (3)  two essential dependency fields (*i.e.* α (S1) and α (S2)) corresponding to the two source registers (*e.g.* S1 and S2) specified by the instruction;<br>    (4)  a field for each destination register (one or more - *e.g.* D) specified by the instruction; and<br>(ii)  Logic that:<br>    (1)  decrements a value >0 in ~~the~~**each** essential dependency field;<br>    (2)  determines when the values corresponding to α (S1) and α (S2) are zero; and<br>    (3)  obtains initial values for α (S1) and α (S2). |
| "**α(S1)**" | α(S1) is the number of times that an instruction's S1 register is used as a destination register in preceding, uncompleted instructions. |
| "**α(S2)**" | α(S2) is the number of times that an instruction's S2 register is used as a destination register in preceding, uncompleted instructions. |
| "**Source register**" | A register storing an instruction operand. |
| "**Destination register**" | A register storing an instruction result. |
| "**Decrement**" | Subtract from the value by the specified amount. |
| "**Detecting the existence of concurrencies in instructions stored in said dispatch stack**" | Determining the existence of a plurality of dependency free instructions stored in the dispatch stack. |
| "**Functional unit(s)**" | Performs arithmetic/logic operations on various data types. |
| "**Instruction**" | An expression that has a specific format (*i.e.*, OP, S1, S2, D). |

| Term | Court's Definition |
|---|---|
| "Issuing multiple instructions and non-sequential instructions within a given processor cycle when the existence of concurrencies is detected" | Issuing multiple and non-sequential instructions when the dispatch stack has detected a plurality of concurrently executable (*i.e.* data dependency free) instructions. |
| "Issuing instructions" | Instructions are sent to their respective functional units along with their respective operands for execution. |
| "Non-sequential instructions" | Instructions ordered differently than the order in which they appeared in the instruction stream. |
| "Operand" | A value supplied for an operation performed by a functional unit. |
| "Processor" | A device that interprets and executes instructions. |
| "Register" | A data storage element within the processor. |
| "Result" | A value produced by an operation performed by a functional unit. |

## ~~Claim 6 (Continued):~~

| ~~Term~~ | ~~Court's Definition~~ |
|---|---|
| ~~"Non-sequential instructions"~~ | ~~Instructions ordered differently than the order in which they appeared in the instruction stream.~~ |
| ~~"Operand"~~ | ~~A value supplied for an operation performed by a functional unit.~~ |
| ~~"Processor"~~ | ~~A device that interprets and executes instructions.~~ |
| ~~"Register"~~ | ~~A data storage element within the processor.~~ |
| ~~"Result"~~ | ~~A value produced by an operation performed by a functional unit.~~ |

**Claim 14:**

| Term | Court's Definition |
| --- | --- |
| "**A plurality of instructions which are concurrently executable**" | A plurality of instructions that are ready to be issued because they are dependency free. |
| "**Dispatch stack**" | An enriched instruction buffer (or DS) including:<br>(i)   A cell for each instruction, each cell having at least the following resultant fields:<br>   (1)  an operation field (*e.g.* OP) of the instruction;<br>   (2)  a field for each source register (one or more – *e.g.* S1) specified by the instruction;<br>   (3)  an essential dependency field (*i.e.* α (Si), *e.g.* α (S1)) corresponding to each source register specified by the instruction;<br>   (4)  a field for each destination register (one or more – *e.g.* D) specified by the instruction; and<br>(ii)   Logic that:<br>   (1)  decrements a value >0 in the essential dependency field;<br>   (2)  determines when the value corresponding to α (Si) is zero; and<br>   (3)  obtains an initial value for α (Si). |
| "**α**" | α is the number of times that a register is used as a destination register in preceding, uncompleted instructions. |
| "**α(S1)**" | α(S1) is the number of times that an instruction's S1 register is used as a destination register in preceding, uncompleted instructions. |
| "**Source register**" | A register storing an instruction operand. |
| "**Destination register**" | A register storing an instruction result. |
| "**Decrement**" | Subtract from the value by the specified amount. |
| "**Register**" | A data storage element within the processor. |
| "**Operand**" | A value supplied for an operation performed by a functional unit. |
| "**Result**" | A value produced by an operation performed by a functional unit. |
| "**Execution unit**" | A device containing multiple functional units for executing arithmetic/logic instructions. |
| "**Functional units**" | Performs arithmetic/logic operations on various data types. |

| Term | Court's Definition |
|---|---|
| "**Instruction**" | An expression that specifies one or more operations and identifies the applicable operands. |
| "**Instruction issuing system**" | A system comprising an instruction issuing unit. |
| "**Memory**" | Data storage elements outside the processor for storage of instructions and data. |
| "**Non-sequential instructions**" | Instructions ordered differently than the order in which they appeared in the instruction stream. |
| "**Processor**" | A device that interprets and executes instructions. |
| "**Single processor cycle**" | The shortest amount of time in which a functional unit can complete an operation. |

## ~~Claim 14 (Continued)~~:

**Means Plus Function Phrases:**

| "**Means for detecting the existence of concurrencies in said instructions received from said memory**" | The function is "determining the existence of a plurality of instructions that are ready to be issued at the same time because they are data dependency free."<br><br>The structure corresponding to this function is the "dispatch stack" as defined above for Claim 14.<br><br>~~Further, the Court has determined that the PCM is not a necessary structure corresponding to the detecting function~~ |
|---|---|
| "**Means for issuing multiple instructions and non-sequential instructions to said execution unit within a single processor cycle when concurrently executable instructions are detected by said means for detecting the existence of concurrently executable instructions in said instructions**" | The function is "issuing multiple and non-sequential (i.e., out-of-order) instructions within a single processor cycle that have become dependency free."<br><br>The structure corresponding to this function is a "reservation circuit."<br><br>A "reservation circuit" is a common component used with processors and has conventional arbitration logic (i.e., circuitry). |

**Claim 15:**

| Term | Court's Definition |
| --- | --- |
| **"A plurality of instructions which are concurrently executable"** | A plurality of instructions that are ready to be issued because they are dependency free. |
| **"Dispatch stack"** | An enriched instruction buffer (or DS) including:<br>(i) A cell for each instruction, each cell having at least the following resultant fields:<br>　(1) an operation field (*e.g.* OP) of the instruction;<br>　(2) a field for each source register (one or more – *e.g.* S1) specified by the instruction;<br>　(3) an essential dependency field (*i.e.* α (Si), *e.g.* α (S1)) corresponding to each source register specified by the instruction;<br>　(4) a field for each destination register (one or more – *e.g.* D) specified by the instruction; and<br>(ii) Logic that:<br>　(1) decrements a value >0 in the essential dependency field;<br>　(2) determines when the value corresponding to α (Si) is zero; and<br>　(3) obtains an initial value for α (Si). |
| **"α"** | α is the number of times that a register is used as a destination register in preceding, uncompleted instructions. |
| **"α(S1)"** | α(S1) is the number of times that an instruction's S1 register is used as a destination register in preceding, uncompleted instructions. |
| **"Source register"** | A register storing an instruction operand. |
| **"Destination register"** | A register storing an instruction result. |
| **"Decrement"** | Subtract from the value by the specified amount. |
| **"Register"** | A data storage element within the processor. |
| **"Operand"** | A value supplied for an operation performed by a functional unit. |
| **"Result"** | A value produced by an operation performed by a functional unit. |

| Term | Court's Definition |
|---|---|
| "**Detecting the existence of a plurality of instructions which are concurrently executable from those instructions stored in said dispatch stack**" | Determining the existence of a plurality of dependency free instructions stored in the dispatch stack. |
| "**Execution unit**" | A device containing multiple functional units for executing arithmetic/logic instructions. |
| "**Functional unit(s)**" | Performs arithmetic/logic operations on various data types. |
| "**Instruction**" | An expression that specifies one or more operations and identifies the applicable operands. |
| "**Issuing instructions**" | Instructions are sent to their respective functional units along with their respective operands for execution. |
| "**Issuing multiple instructions and non-sequential instructions within a given processor cycle when said plurality of concurrently executable instructions are detected**" | Issuing multiple and non-sequential instructions when the dispatch stack has detected a plurality of concurrently executable (*i.e.* data dependency free) instructions. |
| "**Non-sequential instructions**" | Instructions ordered differently than the order in which they appeared in the instruction stream. |
| "**Processor**" | A device that interprets and executes instructions. |

## ~~Claim 15 (Continued):~~

| ~~Term~~ | ~~Court's Definition~~ |
|---|---|
| ~~"Issuing multiple instructions and non-sequential instructions within a given processor cycle when said plurality of concurrently executable instructions are detected"~~ | ~~Issuing multiple and non-sequential instructions when the dispatch stack has detected a plurality of concurrently executable (*i.e.* data dependency free) instructions.~~ |
| ~~"Non-sequential instructions"~~ | ~~Instructions ordered differently than the order in which they appeared in the instruction stream.~~ |
| ~~"Processor"~~ | ~~A device that interprets and executes instructions.~~ |

**Claim 18:**

| Term | Court's Definition |
|---|---|
| "**Destination register**" | A register storing an instruction result. |
| "**Register**" | A data storage element within the processor. |
| "**Source register**" | A register storing an instruction operand. |

Authority:

March 26, 2004 Memorandum-Decision and Order ~~(Dkt. No. 225).~~.

**Dated: May 9, 2008**          **Respectfully Submitted,**

                                **_____/s/ Erin Penning_____**
                                **John Allcock (Bar Roll No. 502997)**
                                **Sean Cunningham (Bar Roll No. 513394)**
                                **Arthur A. Wellman, Jr. (Bar Roll No. 513520)**
                                **Erin Penning (Bar Roll No. 513579)**
                                **DLA PIPER US LLP**
                                **401 B Street, Suite 1700**
                                **San Diego, CA  92101-4297**
                                **Tel:  619.699.2700 Fax:  619.699.2701**
                                **E-mail: john.allcock@dlapiper.com**

                                **Barry K. Shelton (Bar Roll No. 503040)**
                                **FISH & RICHARDSON P.C.**
                                **111 Congress Avenue, Suite 810**
                                **Austin, Texas 78701**
                                **Tel: 512.226.8105 Fax: 512.320.8935**
                                **Email: shelton@fr.com**

                                **James C. Moore (Bar Roll No. 102219)**
                                **Jerauld E. Brydges (Bar Roll No. 511646)**
                                **HARTER, SECREST & EMERY LP**
                                **1600 Bausch & Lomb Place**
                                **Rochester, NY  14604-2711**
                                **Tel: 585.232.6500 Fax: 585.232.2152**
                                **E-mail: jbrydges@hselaw.com**

                                **Attorneys for Defendant/Counterclaimant**
                                **Hewlett-Packard Company**