UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELL UNIVERSITY, a non-profit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a non-profit New York corporation,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>   *Defendant*. | **DEFENDANT HEWLETT-PACKARD COMPANY'S OBJECTIONS AND REBUTTALS TO CORNELL'S REVISED DEPOSITION DESIGNATIONS**<br><br>   Civil Action No.:<br>   01-CV-1974-NAM-DEP |
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>   *Counterclaimant*,<br><br>   v.<br><br>CORNELL UNIVERSITY, a non-profit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a non-profit New York corporation,<br><br>   *Counterdefendants*. | Judge: Hon. Randall R. Rader<br>Trial:  May 19, 2008 |

*Cornell University & Cornell Research Foundation, Inc. v. Hewlett-Packard Co.*
Civil Action No. 5:01-CV-1974-NAM-DEP

**Hewlett-Packard Company's Objections[1] and Rebuttals to Cornell's Revised Deposition Designations**

| Witness / Date | Cornell's Designated Testimony | HP's Objections[2] | HP's Counter-Designations |
|---|---|---|---|
| **Christopher, Chris (02/10/06)** | 9:20-11:14 | | |
| | 12:24-14:5 | | 14:6-14:21, 38:19-39:3 |

---

[1]

| | | | |
|---|---|---|---|
| A = | Lacks authenticity (FRE 901/902) | LC = | Legal conclusion |
| R = | Lacks relevance (FRE 401/402) | P = | Attorney-client privilege / work product doctrine |
| H = | Hearsay (FRE 802) | | |
| O = | Improper opinion (FRE 701/702) | S = | Outside the scope of the 30(b)(6) notice |
| F = | Lacks foundation/speculative (FRE 602) | I = | Incomplete designation |
| FM = | Form objection | G = | Argumentative |

[2] For any of the witnesses testifying live at trial Hewlett-Packard objects to the use of their deposition testimony as hearsay, except when used for impeachment purposes.

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
| | 15:12-15:23 | | 16:23-17:11 |
| | | | 23:2-23:16 |
| | 18:13-19:4 | | |
| | 23:20-23:22 | | |
| | 24:6-24:10 | | 26:11-26:25 |
| | 205:20-206:19 | H | 201:1-201:24, 205:13-205:19 |
| | 214:20-215:5 | A, H | 215:6-215:7 |
| | 219:7-219:12 | FM | 219:13-219:15 |
| | 219:15 | | |
| | 219:17-219:20 | A, H | 214:20-216:11 |
| | 233:6-233:10 | | 232:20-233:09 |
| **Haggard, Alan (05/12/06)** | 7:8-7:9 | | 7:2-7:3 |
| | 7:17-7:24 | | |
| | 8:3-8:5 | | |
| | 8:13-8:25 | | |
| | 9:16-10:7 | | |
| | 11:4-12:2 | | |

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
|  | 32:24-34:1 |  | 77:24-78:14 |
| **Hunt, Douglas (07/16/02)** | 5:7-5:8 |  | 5:2-5:4 |
|  | 5:12-5:16 |  |  |
|  | 5:23-6:2 |  |  |
|  | 6:9-6:16 |  |  |
|  | 7:2-7:4 |  | 7:5-7:11 |
|  | 7:13-7:23 |  |  |
|  | 15:14-15:22 |  |  |
|  | 17:2-17:12 |  |  |
|  | 17:19-17:25 | I | 17:13-17:18, 18:1-18:4 |
|  | 18:5-18:11 |  |  |
|  | 18:16-19:1 | I | 18:12-18:15 |
|  | 67:7-67:21 | FM | 67:22-67:23 |
|  | 67:24-68:16 |  |  |
| **Hunt, Douglas (08/07/03)** | 210:7-210:9 |  | 210:2-210:6 |
|  | 211:10-211:14 | I | 211:5-211:9 |
|  | 276:21-277:4 |  |  |

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
| | 277:21-278:1 | FM, I | 278:2-278:3; 278:4-278:13 |
| | 278:21 | | |
| | 285:22-286:1 | FM, I, S | 286:2, 286:3-286:4 |
| **Hunt, Douglas (06/22/05)** | 6:11-6:12 | | 6:6-6:8 |
| | 70:8-70:13 | | |
| | 70:19-71:3 | | |
| | 71:5-71:16 | H | |
| | 72:1-72:2 | FM | 72:3 |
| | 72:4-72:12 | | |
| | 73:18-74:1 | | 70:19-71:3 |
| | 79:1-79:6 | | |
| | 79:14-79:17 | | |
| | 79:22-79:24 | | |
| | 80:25-81:2 | | |
| | 100:21-101:6 | | |
| | 102:20-102:24 | | 102:25-103:2 |
| | 103:16-103:17 | F | 103:18-103:19 |

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
| | 103:20-103:22 | F | 103:23 |
| | 103:24 | | |
| **Kipp, Donald (06/23/05)** | 6:3-6:6 | | 5:21-5:23 |
| | 7:10-7:13 | | |
| | 11:9-11:11 | | |
| | 13:3-13:11 | | |
| | 13:22-15:6 | | 15:7-16:10 <br> 18:1-18:6 |
| | 18:7-18:17 | | |
| | 26:4-26:6 | | |
| | 29:17-30:17 | | |
| | 32:6-32:11 | | |
| | 39:5-39:8 | I | |
| | 64:17-65:3 | G | |
| **Kumar, Ashok (12/19/05)** | 6:19-6:21 | | 6-8:6:10 |
| | 7:15-7:23 | | |
| | 18:13-18:16 | FM, O | 18:17-18:18 |
| | 9:3-9:6 | | |

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
| | 10:4-10:5 | | |
| | 12:2-12:6 | | 14:4-14:11 |
| | 12:10-12:12 | | |
| | 13:21-13:23 | | |
| | 37:17-38:4 | | |
| | 39:16-39:18 | | |
| | 39:23-39:25 | FM | 40:1-40:2 |
| | 46:17-46:19 | FM | 46:20 |
| | 46:21-47:14 | | |
| | 47:21-47:23 | O | 47:24-47:25 |
| | 48:1-48:9 | | |
| | 48:15-48:16 | F, O | 48:17-48:18 |
| | 48:19 | | |
| | 49:1-49:2 | O | 49:3-49:4 |
| | 49:5 | | |
| | 49:17-49:22 | | |
| | 53:2-53:12 | H | |

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
| | 53:18-53:20 | | 53:2-53:12 |
| | 54:4-54:6 | | |
| | 54:18-55:10 | | |
| | 55:13-55:15 | | 55:16-55:17 |
| | 58:21-59:4 | | 58:12-58:20 |
| | 59:24-60:10 | | |
| | 61:1-61:14 | FM | 61:15 |
| | 65:7-65:15 | | |
| | 66:12-66:14 | I, FM, O | 66:7-66:11 |
| | 74:5-75:8 | | |
| | 77:15-77:23 | F | 77:24-77:25 |
| | 78:1-78:3 | I, F | 77:22-77:25 |
| | 80:4-80:16 | | |
| | 81:16-82:1 | FM | 82:2 |
| | 82:3-82:4 | | |
| | 82:12-82:16 | R | |
| | 83:20-83:22 | | |

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
| | 84:16-84:21 | | |
| | 85:6-85:16 | FM, LC | 85:17-85:18 |
| | 85:19 | | |
| | 86:8-86:25 | | |
| | 88:5-88:7 | | |
| | 91:19-91:24 | | 91:25-92:2 |
| | 94:24-95:2 | G | |
| **Lesartre, Gregg (05/05/06)** | 5:9-5:11 | | 5:4-5:6 |
| | 6:8-6:17 | I | 6:7 |
| | 6:24-7:2 | | |
| | 15:9-16:6 | | 16:7-16:24 |
| | 18:6-18:9 | I | 18:3-18:5 |
| | 18:19-18:21 | | |
| | 54:6-54:7 | F | 54:8 |
| | 54:9-54:21 | | |
| | 56:12-57:14 | | 55:1-56:2 |
| | 58:11-58:12 | | |

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
| | 72:19-73:1 | | 73:2-73:22 |
| | 76:8-76:15 | | |
| | 78:24-79:4 | | 78:9-78:23 |
| | 81:22-82:6 | | 78:9-78:23 |
| | 88:20-89:12 | | |
| | 90:21-90:25 | | |
| | 101:7-101:14 | | |
| **Severson, James (01/27/06)** | 25:2-26:1 | | |
| | 157:25-160:12 | H | |
| **Stearns, Joseph (08/21/03)** | 23:25-24:01 | S | 24:2-24:4 |
| | 24:05-24:18 | | |
| | 27:2-27:9 | | 26:18-27:1 |
| | 55:25-56:8 | G, S | 56:9-56:11 |
| **Tanksalvala, Darius (04/26/05)** | 5:9-5:11 | | 5:1-5:3 |
| | 6:6-6:16 | | |
| | 7:21-7:22 | | |
| | 11:25-12:2 | | 11:7-11:24 |

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
| | 12:20-12:23 | | |
| | 15:8-15:14 | | |
| | 15:19-15:24 | | |
| | 15:25-16:3 | | |
| | 16:7-16:17 | | |
| | 16:23-17:5 | | |
| | 25:5-25:16 | | |
| | 25:25-26:11 | | |
| | 27:10-27:13 | | |
| | 27:22-28:4 | G | |
| | 33:9-33:14 | | |
| | 35:9-36:1 | | 33:15-33:24 |
| | 37:1-37:11 | | |
| | 37:13-38:3 | G | |
| | 38:8-39:18 | A, H | 38:7<br>40:6-40:10 |
| | 44:5-44:11 | | |
| | 44:17-45:8 | | |

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
| | 47:7-47:10 | I | 47:4-47:6; 47:11-47:13 |
| | 48:1-48:16 | H | 48:17-48:20 |
| | 50:20-51:9 | | |
| | 55:7-55:17 | | 54:9-54:15 |
| | 57:6-57:11 | G | |
| | 82:1-82:3 | R | |
| | 84:25-85:23 | I | 85:24-86:12 |
| | 87:5-87:9 | | |
| | 93:4-93:20 | | |
| | 95:1-95:7 | G | |
| | 101:7-101:10 | A, H | 99:23-100:4<br>101:11-101:13 |
| | 102:16-102:22 | R | |
| | 114:22-114:25 | A, H | |
| | 115:1-115:25 | | |
| | 116:5-116:9 | G | |
| | 117:7-117:9 | | 117:10-117:12 |
| | 117:13-118:8 | I | 118:9-118:10 |

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
| | 118:18-119:7 | H | 118:9-118:17 |
| | 119:13-119:22 | | 121:5-121:7 |
| | 122:2-122:5 | FM, R | 122:6-122:8 |
| | 122:11-122:18 | G | |
| | 125:13-125:18 | | |
| | 128:10-128:15 | H, R | |
| | 128:22-129:2 | G, R | |
| | 130:5-130:8 | R | |
| | 131:18-131:25 | G | |
| | 132:10-132:13 | | |
| | 133:3-133:6 | | 132:14-132-23 |
| | 133:7-133:19 | FM, G | 133:20 |
| | 133:21-133:25 | G | |
| | 138:16-138:20 | | |
| **Wiltschut, John (01/23/06)** | 7:9-7:11 | H | 6:3-6:4 |
| | 8:20-9:22 | H | |
| | 10:1-10:14 | H | |

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
| | 13:20-14:14 | FM, H | 14:15 |
| | 14:16-14:18 | H | |
| | 14:24-15:9 | H | |
| | 15:16-16:1 | H | |
| | 74:17-74:22 | H | |
| | 89:22-90:6 | A, H | 89:2-89:11 |
| | 90:15-90:24 | H | |
| | 91:10-91:12 | F, FM, H P | 91:13-91:16 |
| | 91:17-91:18 | H | |
| | 91:20-92:6 | G, H | |
| | 103:2-103:16 | A, H, I | 103:17-103:25 |
| | 104:1-104:13 | H | |
| | 104:22-105:11 | H | |
| | 106:12-106:20 | FM, H | 106:21 |
| | 106:22-106:23 | H | |
| | 107:6-107:22 | H | |
| | 110:8-110:24 | H | |

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
| | 111:6-111:10 | H | |
| | 111:24-113:6 | F, G, I | 111:20-111:23 |
| **Wimer, Douglas (04/11/06)** | 6:5-6:6 | | 5:22-5:24 |
| | 7:2-7:4 | | 7:5-7:11 |
| | 16:3-16:6 | | 11:17-11:25, 12:14-13:6, 16:14-16:24 |
| | 16:7-16:13 | | |
| | 16:25-17:4 | | |
| | 19:10-19:13 | | |
| | 36:19-37:11 | | |
| | 45:17-45:25 | | 43:12-44:1, 45:10-45:16 |
| | 53:3-53:12 | | 52:3-52:14, 53:13-53:22 |
| | 60:8-60:12 | | 60:13-60:16 |
| | 60:22-60:23 | | |
| | 95:9-95:18 | | |
| | 96:6-96:7 | | 96:8-96:11 |
| | 96:12-96:25 | | |
| | 97:1-97:11 | | |

| Witness / Date | Cornell's Designated Testimony | HP's Objections | HP's Counter-Designations |
|---|---|---|---|
|  | 103:13-103:19 |  |  |
|  | 119:21-120:7 | A, H | 119:12-119:20 |
|  | 122:21-123:12 | I | 122:8-122:15 |
|  | 124:7-124:12 | FM | 124:13 |
|  | 124:14-124:14 |  |  |
|  | 124:16-124:21 | FM | 124:22 |

| | |
|---|---|
| Dated: May 14, 2008 | Respectfully Submitted, |

*s/Sean Cunningham*
John Allcock (Bar Roll No. 502997)
Sean Cunningham (Bar Roll No. 513394)
Arthur A. Wellman, Jr. (Bar Roll No. 513520)
Erin Penning (Bar Roll No. 339205)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700 Fax:  619.699.2701
E-mail: john.allcock@dlapiper.com

Barry K. Shelton (Bar Roll No. 503040)
**FISH & RICHARDSON P.C.**
111 Congress Avenue, Suite 810
Austin, Texas 78701
Tel: 512.226.8105 Fax: 512.320.8935
Email: shelton@fr.com

James C. Moore (Bar Roll No. 102219)
Jerauld E. Brydges (Bar Roll No. 511646)
**HARTER, SECREST & EMERY LP**
1600 Bausch & Lomb Place
Rochester, NY  14604-2711
Tel: 585.232.6500 Fax: 585.232.2152
E-mail: jbrydges@hselaw.com

Attorneys for Defendant/Counterclaimant
Hewlett-Packard Company

**Certificate of Service**

     I hereby certify that on 05/14/08    , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:
See attached list

and that I mailed by United States Postal Service the document to the following non CM/ECF participants:                                                                                       .


S/ Sean C. Cunningham

**5:01-cv-1974 Notice will be electronically mailed to:**

John Allcock    john.allcock@dlapiper.com, lisa.watts@dlapiper.com

Bryan K. Anderson    banderson@sidley.com, grodriguez@sidley.com

Christopher P. Broderick    cbroderick@sidley.com

Stewart M. Brown    Stewart.Brown@dlapiper.com,

Jerauld E. Brydges    jbrydges@hselaw.com, jdygert@hselaw.com

Sean C. Cunningham    sean.cunningham@dlapiper.com, sally.jones@dlapiper.com

Valerie L. Dorn    kab264@cornell.edu, kjf29@cornell.edu, ner3@cornell.edu,

nws3@cornell.edu, vlc1@cornell.edu, wet2@cornell.edu

Sandra S. Fujiyama    sfujiyama@sidley.com, etorres@sidley.com

Olivia M. Kim    okim@sidley.com, mgutie01@sidley.com

Erin P. Penning    erin.penning@dlapiper.com, judith.frank@dlapiper.com

Denise L. McKenzie    dmckenzie@sidley.com, aweiss@sidley.com

James J. Mingle    jjml9@cornell.edu, ner3@cornell.edu; rkl9@cornell.edu; sdm6@cornell.edu

David T. Miyamoto    dmiyamoto@sidley.com, hyanagimachi@sidley.com

Edward G. Poplawski    epoplawski@sidley.com, labrown@sidley.com

Nelson E. Roth    kab264@cornell.edu, ner3@cornell.edu, nws3@cornell.edu,

vlc1@cornell.edu, wet2@cornell.edu

Barry K. Shelton    shelton@fr.com, tipton@fr.com; pickett@fr.com; marlow@fr.com

Licia E. Vaughn    licia.vaughn@dlapiper.com,

Arthur A. Wellman    arthur.wellman@dlapiper.com

**5:01-cv-1974 Notice will be delivered by other means to:**