UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

**CORNELL UNIVERSITY, a nonprofit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a nonprofit New York corporation,**

                                   **Plaintiffs,**
                            **-v-**                                              01-CV-1974

**HEWLETT-PACKARD COMPANY, a Delaware corporation,**

                                   **Defendant.**

_____

**HEWLETT-PACKARD COMPANY, a Delaware corporation,**

                                 **Counterclaimant,**
                            **-v-**

**CORNELL UNIVERSITY, a nonprofit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a nonprofit New York corporation,**

                                 **Counterdefendants.**

_____

APPEARANCES:

Sidley Austin Brown & Wood
Bryan K. Anderson, Esq., of Counsel
David T. Miyamoto, Esq., of Counsel
Denise L. McKenzie, Esq., of Counsel
Edward G. Poplawski, Esq., of Counsel
Olivia M. Kim, Esq., of Counsel
Sandra S. Fujiyama, Esq., of Counsel
555 W. Fifth Street, 40th Floor
Los Angeles, California 90013

and
Cornell University, Office of Counsel
James J. Mingle, Esq., of Counsel
Nelson E. Roth, Esq., of Counsel
Valerie L. Cross, Esq., of Counsel
300 CCC Building, Garden Avenue
Ithaca, New York 14853
Attorneys for Plaintiffs/Counterdefendants

DLA Piper, Rudnick, Gray Cary US LLP
Erin P. Penning, Esq., of Counsel
John Allcock, Esq., of Counsel
Sean C. Cunningham, Esq., of Counsel
Arthur A. Wellman, Esq., of Counsel
Licia E. Vaughn, Esq., of Counsel
Stewart M. Brown, Esq., of Counsel
401 B Street, Suite 1700
San Diego, California 92101-4297
and
Harter, Secrest & Emery LP
Jerauld E. Brydges, Esq.
1600 Bausch and Lomb Plaza
Rochester, New York 14604-2711
and
Fish, Richardson Law Firm
Barry K. Shelton, Esq., of Counsel
111 Congress Avenue
Suite 810
Austin, Texas 78701
Attorneys for Defendant/Counterclaimant

**Hon. Randall R. Rader, Circuit Judge, United States Court of Appeals for the Federal Circuit, sitting by designation:**

**ORDER**

Presently before the court is a motion for reconsideration of Cornell's second motion in limine and to preclude expert testimony by Dr. Flynn and limit Dr. Flynn's factual testimony to the Tjaden-Flynn article. This motion is denied.

During the Pretrial Conference on May 6, 2008, Hewlett-Packard committed to treating Dr. Flynn as a fact witness, not an expert witness. Counsel for Hewlett-Packard explained that

Dr. Flynn "is a fact witness. He will not be called as an expert. We will not refer to him as an expert. We will not seek to qualify him as an expert. He is just going to say here is what I did, here's the article I wrote." Tr. at 216:6-11. Counsel went on to "guarantee" that Hewlett-Packard would only ask Dr. Flynn "fact questions." Tr. at 217:4-5. In view of Hewlett-Packard's commitment to treat Dr. Flynn as a fact witness and confine his testimony accordingly, Cornell's motion is denied.

The court will, however, entertain objections to the scope of Dr. Flynn's testimony during trial with an eye to confining Dr. Flynn to his proper role and knowledge as a fact witness.

It is therefore

ORDERED that Cornell University and Cornell Research Foundation's motion, (Dkt. No. 979) is denied.

IT IS SO ORDERED.

May 14, 2008  /s/ Randall R. Rader
Washington, District of Columbia  Randall R. Rader
 Circuit Judge