UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CORNELL UNIVERSITY, a nonprofit New
York corporation, and CORNELL RESEARCH
FOUNDATION, INC., a nonprofit New York
corporation,

                            Plaintiffs,

      -v-                                        01-CV-1974

HEWLETT-PACKARD COMPANY, a
Delaware corporation,

                            Defendant.

---

HEWLETT-PACKARD COMPANY, a
Delaware corporation,

                            Counterclaimant,

      -v-

CORNELL UNIVERSITY, a nonprofit New
York corporation, and CORNELL RESEARCH
FOUNDATION, INC., a nonprofit New York
corporation,

                            Counterdefendants.

---

**Hon. Randall R. Rader, Circuit Judge, United States Court of Appeals for the Federal Circuit, sitting by designation:**

## VERDICT FORM

      This is the verdict form. It contains all of the questions set forth in the Jury Instructions. Once you have reached unanimous agreement on a verdict, the foreperson must fill in this verdict form, sign and date it, and advise the court that you have reached a verdict.

MAY 30 2008

FILED
SYRACUSE NY

**Question No. 1.**   Has Cornell proven by a preponderance of the evidence that Hewlett-Packard directly infringes any claim of the '115 patent either literally or under the doctrine of equivalents?

YES   ✓   (For Cornell)

NO   _____   (For Hewlett-Packard)

*If you answered "Yes" to this question, you must answer Question 2.*

*If you answered "No" to this question, skip to Question 3 (Indirect Infringement: Active Inducement).*

**Question No. 2.**   Please check all claims of the '115 patent that you find Hewlett-Packard directly infringes, either literally or under the doctrine of equivalents.

Claim 1   ✓

Claim 6   ✓

Claim 14   ✓

Claim 15   ✓

Claim 18   ✓

**Question No. 3.**   Has Cornell proven, by a preponderance of the evidence, that HP induces others to infringe any claim of the '115 patent, either literally or under the doctrine of equivalents?

YES   ✓   (For Cornell)

NO   _____   (For Hewlett-Packard)

*If you answered "Yes" to this question, you must answer Question 4.*

*If you answered "No" to this question, skip to Question 5 (Indirect Infringement: Contributory Infringement).*

**Question No. 4.**   Please check all the claims of the '115 patent that you find Hewlett-Packard induces others to infringe, either literally or under the doctrine of equivalents.

Claim 1   ✓

Claim 6   ✓

Claim 14   ✓

Claim 15   ✓

Claim 18   ✓

**Question No. 5.**   Has Cornell proven, by a preponderance of the evidence, that Hewlett-Packard contributes to the infringement by others of any claim of the '115 patent, either literally or under the doctrine of equivalents?

YES   ✓   (For Cornell)

NO   _____   (For Hewlett-Packard)

*If you answered "Yes" to this question, you must answer Question 6.*

*If you answered "No" to this question, skip to Question 7 (Validity: Written Description).*

**Question No. 6.**   Please check all the claims of the '115 patent of which you find Hewlett-Packard contributes to infringement by others, either literally or under the doctrine of equivalents.

Claim 1   ✓

Claim 6   ✓

Claim 14   ✓

Claim 15   ✓

Claim 18   ✓

**Question No. 7.**   Has Hewlett-Packard proven, by clear and convincing evidence, that any claim of the '115 patent is invalid for failure to satisfy the written description requirement?

YES _____ (For Hewlett-Packard)

NO ___✓_____ (For Cornell)

**Question No. 8.**   Has Hewlett-Packard proven, by clear and convincing evidence, that any claim of the '115 patent is invalid for failure to satisfy the enablement requirement?

YES _____ (For Hewlett-Packard)

NO ___✓_____ (For Cornell)

**Question No. 9.**   Has Hewlett-Packard proven, by clear and convincing evidence, that any claim of the '115 patent is invalid as anticipated by the Tjaden Master's Thesis or the Tjaden-Flynn Article?

YES _____ (For Hewlett-Packard)

NO ___✓_____ (For Cornell)

*If you answered "Yes" to this question, you must answer Question 10.*

*If you answered "No" to this question, skip to Question 11 (Patent Exhaustion and Implied License).*

**Question No. 10.**  Please check the claims of the '115 patent that you find are invalid as anticipated by the Tjaden Master's Thesis or the Tjaden-Flynn Article.

Claim 1  _____

Claim 6  _____

Claim 14  _____

Claim 15  _____

Claim 18  _____

**Question No. 11.**  Has Hewlett-Packard proven, by a preponderance of the evidence, that damages for the PA-8500 or PA-8600 should be reduced for patent exhaustion and or because Hewlett-Packard had an implied license?

YES  _____ (For Hewlett-Packard)

NO  ____✓_____ (For Cornell)

**Question No. 12.**  Has Hewlett-Packard proven, by a preponderance of the evidence, that damages for the PA-8700, PA-8750, PA-8800 or PA-8900 should be reduced for patent exhaustion and or because Hewlett-Packard had an implied license?

YES  _____ (For Hewlett-Packard)

NO  ____✓_____ (For Cornell)

**Question No. 13.**   If you find any claim of the '115 patent to be infringed and valid, state the amount of damages, if any, in the form of a reasonable royalty you find Cornell has proven by a preponderance of the evidence, including the appropriate royalty base and royalty rate to be applied.

$ _23,005,506,034_   Royalty Base

x (times)   % _0.8_   Royalty Rate

=   $ _184,044,048_   Damages

**Question No. 14.**   Has Cornell proven, by clear and convincing evidence, that Hewlett-Packard has willfully infringed the '115 patent?

YES   _____ (For Cornell)

NO   ___✓___ (For Hewlett-Packard)

_May 30_, 2008
Syracuse, NY



Jury Foreperson