# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Cornell University, and
Cornell Research Foundation, Inc.,**

       **Plaintiff's,**     Judgment on Costs

  vs.     **CASE NUMBER: 501cv1974**
**Hewlett Packard Company,**

       **Defendant**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    ***IT IS ORDERED AND ADJUDGED***, Cornell's motion for attorneys fees are denied, and it is further

    ***ORDERED AND ADJUDGED*** the plaintiff's are awarded (1) taxable costs in the sum of $943,675.44, (2) prejudgment interest, compounded annually, from August 1, 1996, until the date of the judgment, March 31, 2009, at the average T-Bill rate during that time; and (3) post-judgment interest at the rate set by 28 U.S.C. § 1961.

    All of the above pursuant to the order of the Randall R. Rader, Circuit Judge, dated the 15th day of April, 2009.

DATED: May 15, 2009

*Laurence K. Baerman*
Clerk of Court

/s/
Marie N. Marra
Deputy Clerk