UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELL UNIVERSITY, a non-profit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a non-profit New York corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>*Defendant.* | **AMENDED JUDGMENT**<br><br>Civil Action No.:<br>5:01-CV-1974-RRR-DEP |
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>*Counterclaimant*,<br><br>v.<br><br>CORNELL UNIVERSITY, a non-profit New York corporation, and CORNELL RESEARCH FOUNDATION, INC., a non-profit New York corporation,<br><br>*Counterdefendants.* | Judge:                Hon. Randall R. Rader<br>Trial Date:          May 19, 2008<br>Bench Trial Date:  July 28, 2008 |

5:01-CV-1974-RRR-DEP

WEST\21723304.1

## AMENDED JUDGMENT

This action came before the court for a jury trial conducted by the undersigned, sitting in designation, beginning on May 19, 2008 and resulting in a verdict rendered on May 30, 2008. Thereafter, the court conducted a bench trial on July 28 and 29, 2008 with regard to certain equitable matters raised during the course of the action including the defenses of inequitable conduct and laches. Now, based upon the jury's verdict and decisions rendered on March 30, 2009 addressing the parties' post-trial motions, as well as the issues tried to the court, it is hereby

**ORDERED AND ADJUDGED** that plaintiffs Cornell University and Cornell Research Foundation are awarded: (1) damages for patent infringement in the amount of $53,494,282; (2) prejudgment interest compounded annually from August 1, 1996 until the judgment date of May 15, 2009 at the average T-Bill rate during that time, in the amount of $16,791,107; and (3) taxable costs in the sum of $943,675.44; for a total sum of $71,229,064.44;

**ORDERED AND ADJUDGED** that plaintiffs are awarded post-judgment interest commencing from the aforementioned judgment date at the rate set by 28 U.S.C. § 1961;

and it is further **ORDERED** that all pending motions not previously addressed by the court are hereby **DENIED.**

Dated: ~~May ___, 2009~~

June 2, 2009

/s/Randall R. Rader

Randall R. Rader
Circuit Judge

-1-

5:01-CV-1974-RRR-DEP